# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number: 08 CV 04512

MOTOROLA, INC.
v.
MICHAEL FENGER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MOTOROLA, INC.

| | |
|---|---|
| **NAME** (Type or print) <br> JUSTIN K. BEYER | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ JUSTIN K. BEYER | |
| **FIRM** <br> SEYFARTH SHAW LLP | |
| **STREET ADDRESS** <br> 131 SOUTH DEARBORN, SUITE 2400 | |
| **CITY/STATE/ZIP** <br> CHICAGO, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6207847 | **TELEPHONE NUMBER** <br> 312-460-5000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐