## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                  Case Number: 08 CV 04512

MOTOROLA, INC.

v.

MICHAEL FENGER


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MOTOROLA, INC.


| NAME (Type or print) |
|---|
| MICHAEL D. WEXLER |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ MICHAEL D. WEXLER |

| FIRM |
|---|
| SEYFARTH SHAW LLP |

| STREET ADDRESS |
|---|
| 131 SOUTH DEARBORN, SUITE 2400 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6207847 | 312-460-5000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |