IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MOTOROLA, INC. | ) |
|       Plaintiff, v. | ) Case No. 08-04512 |
| MICHAEL FENGER, | ) Judge James B. Zagel |
|       Defendant. | ) Magistrate Judge Arlander Keys |

## AGREED MOTION FOR EXTENSION OF TIME

For the reasons set forth more fully in the Stipulated Order being submitted herewith, Defendant Michael Fenger ("Defendant") hereby moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for a further extension of time for the Defendant to answer or otherwise respond. Plaintiff Motorola, Inc. has agreed to this motion.

WHEREFORE, Defendant respectfully requests that this Court grant its motion for extension, as set forth in the attached Stipulated Order. Defendant further requests whatever other relief the Court deems appropriate.

Dated: August 29, 2008                     Respectfully submitted,


        /s/ Timothy B. Hardwicke
One of the Attorneys for Defendant Michael Fenger



Timothy B. Hardwicke
Matthew L. Kutcher
Catherine K. Dick
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

## **CERTIFICATE OF SERVICE**

I, Catherine K. Dick hereby certify that on August 29, 2008, I electronically filed Defendant and Counterclaim Plaintiff Michael Fenger's Notice of Motion and Agreed Motion for Extension of Time, which will be automatically served via the CM/ECF system upon:

>Michael D. Wexler
>mwexler@seyfarth.com
>
>Justin K. Beyer
>jbeyer@seyfarth.com

/s/Catherine K. Dick
Catherine K. Dick

2