IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOTOROLA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-04512 |
| v. | ) | |
| | ) | Judge James B. Zagel |
| MICHAEL FENGER, | ) | Magistrate Judge Arlander Keys |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 4, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge James B. Zagel of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and will then and there present **AGREED MOTION FOR EXTENSION OF TIME,** a copy of which is enclosed herewith.

Dated: August 29, 2008

Respectfully submitted,

  /s/ Timothy B. Hardwicke
One of the Attorneys for Defendant Michael Fenger

Timothy B. Hardwicke
Matthew L. Kutcher
Catherine K. Dick
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767