**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MOTOROLA, INC. ) | |
| ) | |
| Plaintiff, ) | Case No. 08-04512 |
| v. ) | |
| ) | Judge James B. Zagel |
| MICHAEL FENGER, ) | Magistrate Judge Arlander Keys |
| ) | |
| Defendant. ) | |

## STIPULATED ORDER

WHEREAS, on July 17, 2008, Plaintiff Motorola, Inc. filed a Complaint for Injunctive Relief and Other Relief in the Chancery Division of the Circuit Court of Cook county captioned *Motorola, Inc. v. Michael Fenger*, 08-CH-25742, a purported action for breach of contract and misappropriation of trade secrets; and

WHEREAS, on August 8, 2008, Defendant Michael Fenger removed that action to this Court; and

WHEREAS, on August 15, 2008, this Court granted an extension of time until August 29, 2008 for Defendant to answer or otherwise respond;

WHEREAS, the parties have agreed to a further extension of time for Defendant to answer or otherwise respond to the Complaint.

## STIPULATED

WHEREFORE, the parties, by and through their undersigned counsel, hereby stipulate that Defendant shall answer or otherwise respond to the Complaint on or before September 12, 2008.

**SO ORDERED.**

Dated: _____

JAMES B. ZAGEL
UNITED STATES DISTRICT JUDGE

**IT IS SO STIPULATED:**


____/s/ Justin K. Beyer_____
One of the Attorneys for Plaintiff Motorola, Inc.


Michael D. Wexler
Justin K. Beyer
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603


____/s/ Timothy B. Hardwicke_____
One of the Attorneys for Defendant Michael Fenger


Timothy B. Hardwicke
Matthew L. Kutcher
Catherine K. Dick
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767